

# NUMBER 13-18-00296-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE COLONEL CLIFTON HOSKINS, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF HAZEL HOSKINS

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria[1]
Order Per Curiam**

The real parties in interest, Marcus P. Rogers, Receiver for the Marital Deduction Trust and the Residuary Trust created under the Last Will and Testament of Lee Roy "Cowboy" Hoskins Sr., Lee Roy Hoskins Jr.; Lee Ann Hoskins Kulka; Andrea Clare Jurica; and Lee Roy "Tito" Hoskins III, have two motions currently pending before this Court: (1)

---

[1] The Honorable Rogelio Valdez, former Chief Justice of this Court, and the Honorable Nelda V. Rodriguez, former Justice of this Court, did not participate in this decision because their terms of office expired on December 31, 2018. In accordance with the appellate rules, they were replaced on panel by Chief Justice Dori Contreras and Justice Nora Longoria. *See* TEX. R. APP. P. 41.1(a).

Unopposed Motion for a Stay of this Court's Order and Trial Proceedings Pending Rehearing of Mandamus Petition; and (2) First Unopposed Motion for Extension of Time to File Motion for Rehearing of Mandamus Petition.

The Court, having examined and fully considered these motions, is of the opinion that they should be granted. Accordingly, we grant the real parties' Unopposed Motion for a Stay of this Court's Order and Trial Proceedings Pending Rehearing of Mandamus Petition. We stay our order granting mandamus relief and requiring action by the respondent, and we similarly stay all trial court proceedings, including discovery, pending further order of this Court or the resolution of the real parties' motion for rehearing. We grant the real parties' First Unopposed Motion for Extension of Time to File Motion for Rehearing of Mandamus Petition, and such motion will be due on or before February 11, 2019.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
17th day of January, 2019.